# Third District Court of Appeal

## State of Florida

Opinion filed October 19, 2022.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-2234
Lower Tribunal No. 19-0803
_____

**Melissa Tripodi,**
Appellant,

vs.

**Adam Mac Nacer, et al.,**
Appellees.

An Appeal from the Circuit Court for Miami-Dade County, Christina Marie DiRaimondo, Judge.

Melissa Tripodi, in proper person.

Dr. Malissa Tigges, Guardian ad Litem, in proper person.

Before LOGUE, LINDSEY, and BOKOR, JJ.

PER CURIAM.

Appellant Melissa Tripodi appeals an order of the circuit court granting Dr. Malissa Tigges's Motion for Guardian ad Litem Attorney's Fees and Costs. Tripodi has failed to provide a transcript of the circuit court's hearing on this Motion but contends that the circuit court's order was erroneous on its face and can be reversed even in the absence of a transcript. We agree. This Court has held that "[a]n award of attorney's fees without making adequate findings justifying the amount of the award is reversible error. . . . This is true even in the instance where a party does not provide an appellate court with an adequate record or a transcript of proceedings." Babun v. Stok Kon + Braverman, 335 So. 3d 1236, 1240 (Fla. 3d DCA 2021) (citations omitted). Accordingly, "[w]e remand with directions that the trial court consider the evidence supporting the GAL's request for fees and include in any order those findings necessary to justify the grant of reasonable fees for specific and documented services rendered, and from whom those fees are due." Adkins v. Sotolongo, 197 So. 3d 1233, 1235 (Fla. 3d DCA 2016).

Reversed and remanded.